ACCEPTED
01-14-00320-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/20/2015 4:42:00 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00320-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/20/2015 4:42:00 PM

CHRISTOPHER A. PRINE
Clerk

—————◆—————

## No. 1382166

In the 183rd District Court
Of Harris County, Texas

—————◆—————

**ERIC BAUMGART**
*Appellant*

v.

**THE STATE OF TEXAS**
*Appellee*

—————◆—————

State's Third Motion for Extension
Of Time to File Brief

—————◆—————

To the Honorable Court of Appeals:

The State of Texas, pursuant to Tᴇx. R. Aᴘᴘ. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was indicted for the state-jail-felony offense of tampering with a governmental record. (CR 11). The appellant

pleaded not guilty. (2 RR 5). A jury found him guilty as charged. (CR 822, 824). The trial court sentenced the appellant to two years' confinement in the state jail, but suspended the sentence and ordered that the appellant serve five years' community supervision. (CR 824). The trial court certified the appellant's right of appeal, and the appellant filed a timely notice of appeal. (CR 833, 834).

2. The State's brief is due on January 20, 2014. The State requests a 30-day extension of time in which to file its brief.

3. This is the State's third request for extension.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. Since this Court granted the State's second motion for extension, the undersigned attorney has worked on the following matters:

      1. Shane Allen Mikel
         No. 01-14-00277-CR
         Brief filed December 31, 2014

      2. Brian Wei
         No. PD-1613-14
         Petition for discretionary review filed January 6, 2015

      3. State of Texas v. Joshua Grabow
         No. 1380708 in the 248th District Court
         Handled lengthy jury-charge conference on January 8, 2015

4. Cedric Hopes
   No. 14-14-00403-CR
   Brief filed January 14, 2015

5. Gary Ishmael Bolin
   Nos. 14-14-00521-CR & 14-14-00522-CR
   Brief filed January 14, 2015

6. Jose Treto
   No. 14-14-00369-CR
   Brief filed January 15, 2015

7. Octaviano Sanchez
   Nos. 14-14-00003-CR *et seq.*
   Oral argument originally set for January 8, 2015, but on January 6 (after the undersigned attorney had begun preparations) the argument was reset for January 22.

b. In addition to these cases (and this case), the undersigned attorney presently has assigned to him three other cases with active deadlines (one of which, the court has warned, can receive no additional extensions). This workload is common in the appellate section of the Harris County District Attorney's office, thus offloading this work to others is not a realistic option.

c. The undersigned attorney is assigned to receive trial court questions from nine felony courts and, in addition to the jury-charge conference listed above (which is the only trial court matter in which the undersigned attorney has appeared on the record in the last month), the undersigned attorney receives, on average, one trial court question a day and those can take anywhere from five minutes to three hours to answer.

d. The undersigned attorney was out of the office for the week of December 22-26 for Christmas celebrations and to plan and attend a memorial service for a family member.

e. This case is presently working on this case and, while he makes no promises as to when the brief will be completed (the oral argument set for January 22 could interfere with any promises), the undersigned attorney assures this Court it will be done in as quickly as possible.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

# CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

Thomas J. Lewis
tjlaw2@comcast.net

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: January 20, 2014